UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

HEATHER GILLMAN, through next
friend and mother Ardena Gillman;

    Plaintiff,

v.

No.: 5:08-cv-34 RS/MD

SCHOOL BOARD FOR HOLMES
COUNTY, FLORIDA; and DAVID
DAVIS, in his official capacity as
principal of Ponce de Leon High
School,

    Defendants.

_____/

## DECLARATION OF HEATHER GILLMAN

1.    I, HEATHER GILLMAN, am the Plaintiff in the above captioned matter and make this Declaration in support of Plaintiff's motion for a preliminary injunction. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows.

EXHIBIT 3—Pl.'s Mot. for Prelim. Inj.

2. I am an eleventh-grade student enrolled at Ponce de Leon High School. While I identify as heterosexual, I support the fair and equal treatment of gays and lesbians and wish to express my political beliefs through non-vulgar and non-obscene phrases and symbols on t-shirts and other clothing I wear to school and on my book binders. These phrases and symbols include the following:

(a) "Gay Pride" or "GP"

(b) "Gay? Fine by Me!"

(c) "I'm Straight, but I vote Pro-Gay"

(d) "I Support Equal Marriage Rights"

(e) "Equal, Not Special Rights"

(f) "God Loves Me Just the Way I Am" (in rainbow colors or in a rainbow)

(g) "Pro-Gay Marriage"

(h) "Sexual Orientation is Not a Choice. Religion, However, Is."

(i) A rainbow in the shape of an arch or flag

(j) A triangle with one corner at the bottom, rainbow or pink colored

(k)   A pink armband or an armband with a triangle on it

(l)   "I Support My Gay Friends"

(m)   "I Support Gays"

(n)   

(o)

(p)

3.   My cousin also attends Ponce de Leon High School and is openly gay. During September 2007, my cousin told me that Principal Davis had suspended her for being gay. My cousin also said that Principal Davis had told her that she could not wear a rainbow belt to school or say anything to other students about being gay. Around that same time, I spoke to several other students who informed me that Principal Davis was calling students into his office and asking if they were gay, demanding the names of other students who were gay, and directing them that they were not permitted to express support for the fair treatment and acceptance of gay and lesbian persons. I had

also heard that students in addition to my cousin got suspended for being gay or expressing their support for gay civil rights.

4. On November 2, 2007, through my legal counsel, I requested guidance from the School Board, through its attorney, about which phrases and symbols I could wear or write at school without being punished. Attached hereto as Exhibit A is a true and correct copy of that letter.

5. In response, by letter dated November 12, 2007, the School Board advised me that School Board policy prohibited the display of any and all of the phrases or symbols I had asked about in the November 2, 2007 letter. Attached hereto as Exhibit B is a true and correct copy of that letter.

6. I desired and continue to desire to express my support for the fair treatment of gays and lesbians using some or all of the phrases and symbols described in my November 2, 2007 letter to the School Board. However, because I fear that I will be punished by Principal Davis or the School Board for violating school policy as set forth in the November 12 letter to me, I have been deterred from fully exercising my free speech rights at school.

7. Except for Principal Davis's actions, I am not aware of any disruption being caused by the expression of support for the fair treatment of

gays and lesbians at school. For the most part, students and teachers at Ponce de Leon are accepting of gay and lesbian students. And if they are not, in my experience, when permitted by the school, students can discuss their views about sexual orientation in a civil and peaceful manner. In fact, on or about Wednesday, September 26, 2007, I wore a rainbow belt and a handmade shirt that stated, "I support gays" to Ponce de Leon High School to express my support of my cousin. On the following Thursday and Friday, I wore the rainbow belt to school. No disruption or negative reaction resulted from any of my political expression concerning gay civil rights. The only comment I remember is one student complimenting me on the rainbow symbol on my shirt. When she saw that the shirt said, "I support gays," she asked me why I supported gays, and I responded that I believed that everyone had the right to love who they loved. We discussed the issue for a couple of more minutes in a respectful manner, and nothing more came of it. I have also worn a t-shirt with a rainbow design on it in the past to school without any negative reaction from students.

I declare under penalty of perjury of the laws of the State of Florida and in the United States that the foregoing is true and correct. Executed this ___ day of February, 2008 in Ponce de Leon, Florida.

_Heather Gillman_
Heather Gillman



AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF FLORIDA
www.aclufl.org

NORTHWEST REGIONAL OFFICE
P.O. Box 12723
Pensacola, FL 32591-2723

BENJAMIN JAMES STEVENSON
Staff Attorney
T 850.429.9128
F 786.363.1985
bstevenson@aclufl.org

Brandon Young
Frank A. Baker, P.A.
204 N. Harvey Ethridge St.
Bonifay, FL 32425

November 2, 2007

VIA U.S. Mail & Email:
brandonjyoung@embarqmail.com

Re:   **Request for Clarification of the School Board of Holmes Co.'s Policies on Pro-Gay Expression and Clothing**

Dear Mr. Young:

    We represent Heather Gillman and Adrienne Harris. Adrienne was recently suspended for five days for reasons related to her support for gay rights. Based on Ponce de Leon High School Principal David Davis's explanation to Adrienne and her parents as to the reason she was suspended and the telephone conversation that you and I and my colleague Robert Rosenwald had on September 25, 2007, it is our understanding that under the policies of the Holmes County School Board,("School Board") pro-gay speech is considered inherently disruptive and/or inappropriate for the school environment. For example, you mentioned in our Sept. 25th conversation that the School Board considers pro-gay speech as similar or equivalent to a confederate flag, and thus may be prohibited as a matter of course. It is on this basis, we understand, that the School Board refused to overturn Principal Davis' suspension of Adrienne.

    We disagree with your and Principal Davis' assessment of the students' rights to express pro-gay messages. Adrienne and Heather continue to care about gay and lesbian equality and they want to express their beliefs at school. They would like to express themselves without being punished again, however, so your guidance is appreciated. We seek permission for and on behalf of Adrienne and Heather to express themselves through the following phrases, symbols, or images (1) printed on a T-shirt, belt, armband, button, bracelet, or another article of clothing or accessory, (2) written, tattooed, or drawn on their arms, bodies, personal notebooks, or other un-graded, personal class materials, or (3) affixed as a sticker to personal notebooks or other un-graded, personal class material:

        "Gay Pride" or "GP"
        "Gay?  Fine by Me!"
        "I'm Straight, but I vote Pro-Gay"

EXHIBIT 3, ATTACH. A—Pl.'s Mot. for Prelim. Inj.

"I Support Equal Marriage Rights"
"Equal, Not Special Rights"
"God Loves Me Just the Way I Am" (in rainbow colors or in a rainbow)
"Pro-Gay Marriage"
"Sexual Orientation is Not a Choice. Religion, However, Is."
A rainbow in the shape of an arch or flag
A triangle with one corner at the bottom, rainbow or pink colored
A pink armband or an armband with a triangle on it
"I Support My Gay Friends"
"I Support Gays"



(n) ___    (o) ___    (p) ___

    Please advise which of the above forms of expressions may be prohibited as a matter of course under the School Board policies, and if any or all of them are not absolutely prohibited, the reasons behind that assessment. We would appreciate receiving your written response on or before November 16, 2007, so that we may properly advise our clients regarding the specific forms of expression for which they may be reprimanded or punished. If we do not receive a timely response, we will understand that the general prohibition of pro-gay expression under the School Board's policies applies to each specific example above, and we will proceed accordingly.

Please contact me directly at 786.363.2738, if you wish to discuss this matter.

Sincerely,

Benjamin James Stevenson

cc: Rickey D. Callahan, Vice-Chairman, District 1 (via email)
    Gary Scott, District 2 (via email)
    Jason Motley, District 3 (via email)
    Anthony Register, Chairman, District 4 (via email)
    Vernon Lewis, District 5 (via email)
    Steve Griffin, Superintendent (via email & U.S. Mail)

# LAW OFFICES
## OF
# BAKER AND YOUNG

204 N. HARVEY ETHERIDGE STREET

BONIFAY, FL 32425

FRANK A. BAKER, ESQ.
*BOARD CERTIFIED CIVIL TRIAL
*BOARD CERTIFIED BUSINESS LITIGATION

BRANDON J. YOUNG, ESQ.

TELEPHONE
850-547-7367

TELECOPIER
850-547-7368

November 12, 2007

American Civil Liberties Union
Attn. Benjamin James Stevenson, Staff Attorney
Post Office Box 12723
Pensacola, Florida 32591-2723

RE: Ponce de Leon School suspensions

Dear Mr. Stevenson,

Enclosed, and in response to your public records request, please find copies of the Ponce de Leon High School bulletins for Tuesday, September 11, 2007, and Wednesday, September 12, 2007. Unfortunately, these bulletins are the only records, other than the materials you already have or have access to, that fall within the second category of responsive records as outlined in your letter dated October 31, 2007.

I do have in my possession the remainder of the responsive records. However, the records clearly contain student information such as behavioral and attendance issues. As such, I believe that the remainder of the records in my possession would be covered by Section 1002.22(3)(d), Florida Statutes. Once you supply me with the appropriate authorizations, I will be happy to forward the records to you.

I take offense to the language and characterizations contained in your letter dated November 2, 2007. Specifically, you and the students involved were never told that "under the policies of the Holmes County School Board, ("School Board") pro-gay speech is considered inherently disruptive and/or inappropriate for the school environment." In fact, the School Board has no such polices regarding pro-gay or anti-gay speech. What the School Board seeks to maintain is the sanctity of the learning environment at each school within the District. Thus, any behavior that alters the teaching process of the classroom or hinders any educational activity will be deemed inappropriate and unacceptable.

As you know, Illegal organizations are defined by the School Board as any attempt to use the

1

EXHIBIT 3, ATTACH. B—Pl.'s Mot. for Prelim. Inj.

school day for activities that are not school related or school sponsored. Illegal organizations are, therefore, prohibited as they interfere with the educational process.

The School Board does not have in effect a dress code, per se; although the School Board is well within its rights to institute such a code. The School Board does prohibit, however, any dress that is disruptive to the educational setting or is a hazard to the health and safety of the student. Further, students are not permitted to wear any color, clothing, insignia, emblem, jewelry or other object that may indicate membership in any secret/illegal organization. Again, the School Board has no polices against pro-gay clothing and symbols or anti-gay clothing and symbols. What the Board seeks to enforce is a policy whereby nothing is permitted to be worn on a student's body that may reasonably disrupt and interfere with the educational process of that student or other students.

As has clearly been shown at Ponce de Leon School in September of this year, the types of clothing and symbols your clients seek to wear to school will likely be disruptive and interfere with the educational process. Also, said symbols were used and can further be used by select students to show participation in an illegal organization as defined by the School Board. Please remember that many of the students that previously were wearing "G.P." on their skin and clothing admitted to planning a walk-out and protest of a school assembly at Ponce de Leon School.

Because of the occurrences at Ponce de Leon School over the last several months, none of the phrases, symbols, or images contained in your November 2, 2007, letter would be permitted to be worn by students at Ponce de Leon School. The School Board and the administration of Ponce de Leon School have a duty to all students to protect the learning environment. Just as anti-gay speech, clothing and symbols would not be tolerated, neither would the items you have requested.

I apologize if I have been difficult to contact the last few weeks. I do maintain two separate offices and have, as I am sure you can relate, a full court schedule. My address and phone number to my Marianna office are 4431 Lafayette Street, Marianna, Florida 32446; (850) 526-3633. I typically work out of the Marianna office on Thursdays and Friday mornings. My email is the same for both my Marianna and Bonifay office and is usually the most reliable means to contact me quickly and directly.

Please contact me should you have any questions or concerns.

Sincerely,

Brandon J. Young, Esq.

Enclosures: as stated above

cc:   Holmes District School Board members
      Holmes District School Superintendent

2