UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

HEATHER GILLMAN, through next
friend and mother Ardena Gillman;

    Plaintiff,

v.

No.: 5:08-cv-34 RS/MD

SCHOOL BOARD FOR HOLMES
COUNTY, FLORIDA; and DAVID
DAVIS, ~~individually and~~ in his official
capacity as principal of Ponce de Leon
High School,

    Defendants.

## DECLARATION OF ADRIENNE HARRIS

1. I, ADRIENNE HARRIS, make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2. I am a ninth-grade student enrolled at Ponce de Leon High School. I am openly lesbian.

EXHIBIT 4—Pl.'s Mot. for Prelim. Inj.

3. Between the school assembly on September 12, 2007, and when Principal Davis suspended me on September 21, Mr. Davis called me into his office a handful of times to talk with him about students supporting gay pride at school.

4. During these meetings, he asked me if I were gay. I answered yes. He asked me if I knew of any other students at the school who were gay and who was a member of the "gay-pride movement" at school. I did not answer these questions. He asked me if I was a member of a gay-pride movement at school. I answered no.

5. Also during these meetings, he told me that being gay was not right and that being gay is against the Bible. He said he hoped that I would not "go down that road" of being gay. He instructed me not to discuss my sexual orientation with any students at the school and not to say "gay pride" or write it on my body or school materials. He told me that I should not wear gay-pride clothing, including my rainbow-colored belt. He told me to not go anywhere near the middle-school girls because he did not want them going down the wrong road either. He warned me that if I were to do any of these things, he would suspend me from school.

6. On or about September 21, 2007, Mr. Davis suspended (out-of-school suspension) me from school for five days. Despite what the suspension letter to my parents indicates, I believe Mr. Davis suspended me because I am lesbian and I voiced my support for gays and lesbians.

7. Except for Principal Davis's actions, I have not personally seen any disruption being caused by the expression of support for fair treatment of gays and lesbians at school. For the most part, students and teachers at Ponce de Leon are accepting of gay and lesbian students. And if there are disagreements, in my experience, when permitted by the school, students can discuss their views about sexual orientation in a civil and peaceful manner.

I declare under penalty of perjury of the laws of the State of Florida and in the United States that the foregoing is true and correct. Executed this 8 day of January, 2008, in Ponce de Leon, Florida.

*Adrienne Harris*
Adrienne Harris