**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

HEATHER GILLMAN, through next friend and mother Ardena Gillman;

Plaintiff,

v.

No.: 5:08-cv-34 RS/MD

SCHOOL BOARD FOR HOLMES COUNTY, FLORIDA; and DAVID DAVIS, in his official capacity as principal of Ponce de Leon High School,

Defendants.

/

## DECLARATION OF BENJAMIN STEVENSON

1. I, BENJAMIN STEVENSON, am over the age of eighteen, make this declaration based on my own personal knowledge, and if called to testify I could and would do so competently as follows. I am counsel of record for Plaintiff in this action.

2. In response to a public-records request pursuant to Florida Law I made on October 5, 2007, on behalf of the Plaintiff in the above captioned

case and another client, counsel for the Defendant School Board for Holmes County, Florida, Brandon Young, produced on December 26, 2007, handwritten notes kept by Defendant David Davis. Attachment A to this Declaration is a true and accurate copy of Mr. Young's transmittal letter and Mr. Davis's notes regarding the events in the fall of 2007. Mr. Davis's handwritten notes regarding an October 2006 suspension of student other than Heather Gillman are excluded from Attachment A.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 6, 2008.

Benjamin Stevenson

LAW OFFICES
OF
BAKER AND YOUNG
204 N. HARVEY ETHERIDGE STREET
BONIFAY, FL 32425

FRANK A. BAKER, ESQ.
*BOARD CERTIFIED CIVIL TRIAL
*BOARD CERTIFIED BUSINESS LITIGATION

BRANDON J. YOUNG, ESQ.

TELEPHONE
850-547-7367

TELECOPIER
850-547-7368

December 26, 2007

American Civil Liberties Union
Attn. Benjamin James Stevenson, Staff Attorney
Post Office Box 12723
Pensacola, Florida 32591-2723

FACSIMILE (786-363-1985)

RE: Ponce de Leon School suspensions

Dear Mr. Stevenson,

Enclosed, and in response to your public records request, please find copies of the handwritten notes kept by Principal David Davis of Ponce de Leon High School. As I have stated before, these notes identify students by name and also involve behavioral patterns as well as other student knowledge and information. As such, I believe the records are covered by Section 1002.22(3)(d), Florida Statutes, and, therefore, not subject to a public records request.

However, in the interests of resolving this matter and full disclosure, I have included all notes taken by Principal Davis that relate to the matters referenced in your records request. As you can see, the names, and other identifying information, of any student not named Heather Gillman have been redacted.

Also, these notes are taken in a manner that may be initially difficult to decipher. Principal Davis appears to alternate between third and first person when recounting what students have reported to him. If needed, I will be happy to provide further clarification regarding the notes.

Please contact me should you have any questions or concerns.

Sincerely,

Brandon J. Young, Esq.

(10)

1/24/06 Heather Gillman
Ardena — Mom: 836-5429

1) 3 Tardies; 1st period — Rides to school w/ [redacted]
2) Nose Ring; explained policy; instructed not to wear it again.
3) Required her to remove nose ring. She returned w/ nose ring still in and said if she had to remove it, I needed to call her mom.
4) Warned to work out situation so as to arrive at school on time.
5) Warned next time she wears a ring in violation of school policy could result in OSS.
6). Removed the nose ring after she and I phoned her mom.
7) Counseled:

---

10th

2/20/07 Heather Gillman Tinsley

1) 7th Tardy; 1st Period
2) 2 Strokes witness: Mrs. Garner
3) Warned further Tardies would result in OSS
4) Counseled.



9/12/07
10:50 AM

3)

4)

9/12/07 ( Mom ) 
11:02

1) Did not hear anybody say anything about any girls
2) I didn't say anything about doing something to
3) Mom called today - said it was an emergency
Told him the cops were involved
4) I told him to go kick a girl in the butt - joking
5) "Gay Pride" on his hand in ink.
a) Reason given: I support them.
b) People are saying that I was
1) Trying to get them suspended
2) Not let them go to the dance
3)

6) I warned him not to be talking any kind of sexual things w/ other kids or he could face disciplinary action.

They were the ones talking about getting out and organizing

7) Had signs in books saying "Gay Pride"
8) Possession of pictures displaying Nudity

Mom
9/12/07 [redacted] ([redacted]) works at [redacted]
12:11pm

1) I didn't hear anything
2) Signing a paper (petition): I didn't sign. I don't know her name.
3)
4)

9/12/07 [redacted]
12:25pm
6th

1) [redacted] - had the petition when she saw it.
✓ 2) [redacted] Told me that I was trying to expel kids from school. "I didn't think it was right."
✓ 3) I talked to [redacted] about the movement.
✓ 4) Everybody I saw I told about it and tried to get them to jo.
5) I didn't tell anybody I was going to do anything in the Assembly.
✓ 6) Had GP on her hand. This was in support of the gay movement.
7) Warned never to talk sexual issue that distracts from the education process again. Not to be discussi anyone's sexual orientation Could result in disciplinary action.
8) Don't discuss this issue w/other students

9/12/07 [redacted]
12:45 PM

1) Middle school - 8th grade
2) She handed it to me and I signed it.
3)

Do you support the petition

Boys | girls

Mom [redacted] cut

9/12/07 [redacted]
1:42

1) [redacted] said I called her up about being gay. I didn't want her to date other girls at this school.
2) They said [redacted] started it. (Petition)
3) [redacted] said that I told him the reason we didn't have a football team was because I didn't want "Niggers" on the te — At P.E.
4) [redacted] was saying at lunch to us "sign it if you agree with the gay religion."
5) [redacted] said a preacher was coming today to talk about why its wrong to be gay.

9/12/07 Mrs. Donna Hick Reported:

0) [redacted]

1) [redacted] [redacted]

1) These were the one's who were surveying the students to see about their views of Gay Rights.

2) [redacted] ask [redacted] what he thought about gays and Lesbians. Did he think it was Right.

3) Kids Reported that [redacted] and [redacted] was kissing in the bathroom. (

4) [redacted] was sitting where a note was found Regarding painting signs on kids hands.

5) [redacted] (3rd Period in gym Locker Room) was trying to get other kids to join in their efforts. Trying to get kids to join in on the 7th period Protest.

Witnesses to Locker Rm. Conversation: [redacted]; [redacted]; [redacted], [redacted], [redacted], [redacted]

6) Kids were saying that [redacted] was part of it too.

They all heard [redacted] trying to get kids to join the movement.

peered

9/13 [redacted]

8:13 AM

1) [redacted] Started The Petition
2) Hold up signs during the Assembly
3) They were saying the speaker was gay. ([redacted] and their friends were saying it.)
4) [redacted] was Telling other students:
   1) To make and hold up signs during the Assembly
   2) It was not Right to suspend students for their belief
   3) She was Telling 6th + 7th graders to make signs
   4) [redacted] ask me to come to your office and ask "why was you checking peoples' hands?"
   5) [redacted] made signs to hold up in the Assembly but he decided not to.

[Margin notes: [redacted] [illegible] the two other kids [illegible] participants. Witnesses: [redacted] [redacted] Participated. I ask students which side they liked in group discussions about the protest in the Assembly.]

Verbal Warning:

5) Don't Take part in any collaborative efforts that would be disruptive to the educational process.
6) Do not participate in any discussing of one's sexual orientation or our conversation w/ other students
7) Permission must be granted prior to coming to my office.
8) Violation of above instruction could result in disciplinary Action to include suspension.

9/20/07; [redacted]

11:55 1) I heard [redacted] say that [redacted], [redacted] was telling [redacted] to draw some gay pride posters for them. He did it.

2) [redacted] ask me to start drawing gay pride post[ers]

FRI 9/7/07

[redacted] came over to me and said, "Do you have a problem?" I said "Yeah, I don't like Lesbians and you are one of them." [redacted] said, "I don't give a fuck what you said or do; you don't matter!"



9/13/07
10:12 AM

[redacted] + [redacted]

1) [redacted], [redacted], [redacted] [redacted]

2) Talking to a circle about gays + Lesbians

a) Free Country + they could do whatever they want.

b) [redacted] - Was asking everybody to sign a paper.

c) [redacted] saw a sign [redacted] had made up with Gay pride on it. His name was on the paper.

d) [redacted] was saying they had to go to some stupid Assembly. [redacted] told [redacted] she wasn't going to be a part of this stuff. They're disgusting (Referring to Lesbian Movement)

e) [redacted] told [redacted] that I was going to suspend all gay people and that's not right. She and her [redacted] was going to the school board and was going to the police and get [redacted] me arrested.

F) [redacted] told her [redacted] that she didn't want to hear anymore about it but [redacted] just continued talking to her anyway about Lesbianism.

G) [redacted] was going around 6th period talking to student about lesbians.

1) Saying I couldn't suspend people for being gay. She + [redacted] would go to school board about it.

2) Said I could go to jail for suspending lesbians.

(Left margin: [redacted] Ask [redacted] the 6th's "Do you support gays and Lesbians?" Ask [redacted] "Do you support the gays + Lesbians?")

9/13/07
1:52

[redacted] + [redacted] [redacted] denies this ever happened.

1) [redacted] ask [redacted] out and to be her girlfriend on 9/7/07

2) [redacted] and [redacted] holding hands.

Exhibit
Page 1



9/12/07
10:40 AM

9/13/07
2:10 pm

1) [redacted] said I was going to suspend all gay people. She told me to support all the gay people.

2) [redacted] told me to bring signs to the assembly and walk out when they start saying things about gay people.

3) Nobody has ask me to be their girlfriend

4)



9/14/07 [redacted]
7:55 AM

1) [redacted] - Running around trying to organize support for gay pride.

2) [redacted] + [redacted] came up to me and said if anybody ask you about the G.P. on your hand, just tell them we are having a slumber party.

3) [redacted] called: said I pulled [redacted] into the office and screamed at her for being a lesbian [redacted], [redacted], [redacted] are the ones who started it.

4) [redacted] called and told me when the assembly started to get up and walk out. (say gay pride) She told me to wear rainbow colors in support of gay pride.

5) [redacted], [redacted] and [redacted] meet prior to school and decided to get the whole thing started.

6) [redacted] was among the protestors. She + [redacted] used to date. [redacted] called her and got her to be involved

7) [redacted] + [redacted] came up to me during P.E. and said, "While you are alone, I want to ask you a favor." Distract Mr. Davis so that we can go into his office and spray paint "Gay Pride" in his office.

8) They also was going to spray paint the wall where the kids play wall-ball.

9) [redacted] said the reason why we don't have a football team is because [redacted] I didn't want "niggers" at this school.



([redacted])

10) [redacted] told me the reason I was a racist was becau[se] "he is just a sorry little preacher boy."

11) [redacted] + [redacted] are planning to protest next Wednes[day] 9/19/07. They said if it didn't work out, they would go for next Thursday.

12) They were going to use picket signs and write on the walls and in bathroom WGGP (wear gay gay pride)

13) [redacted] is suppose to be helping to arrange the protest. She was the one who came up with the idea. She got [redacted] number so that she could find out what kind of signs [redacted] wanted made.

14) [redacted] wanted all the girls to come over to her house and make a petition, ~~[illegible]~~ sign it, and hang it on the wall.

15) Going around saying gay pride among student body.

7th grd. 1) [redacted]
7th grd 2) [redacted]
7th 3) [redacted]
7th 4) [redacted]
7th 5) [redacted]
6) [redacted]
7) [redacted] *
8) [redacted] *
9) [redacted] *
10)

main organizers who were coming up with the ideas and such.

9/14/07
1:32

1) [redacted] and some chick got caught kissing.
2) [redacted]

These two come up and ask "Are you going against gays?" [redacted] told me that if somebody ask you about the "G.P." on your hand, tell them it is about coming to my slumber party.
Wrote G.P. on hands

[redacted] came up to our lunch table and said, "I think it's crazy that Mr Davis is suspending people for being gay."

9/14/07
1:51

1) Don't know who started it.
2) — "G P" on hand

They said they were going to make a poster about support of Gays and have everybody sign. They planned to put it in bathrooms.

told me we should ban together and make posters and protest.

wrote "GAY" on my shirt and I wore it in support of the gay movement.

Mr. Jones caught them in the act of writing it on the shirt and had to remove the shirt.

I told , , , and that I would be a part of the protest in the assembly. I told them that I would stand up and ~~[illegible]~~ and say G.P. real loud and walk out.



9/17/07
8:46

Ask if I was supporting gay people.

9/17/07
9:10

Had gay Pride wrote on their hand

1) : came up to me in the hall and said that I had cursed out and sent her home because she was gay.

2) had on rainbow shoes in support of gay pride Movement.

3) was wearing a sign on the bus saying gay pride.

- going around screaming gay pride & had signs on her. G P on hand.

I had G.P. on my hand, but I told people it meant "God's promise" had G.P. on her hand.

Ex
Pa



9/14/07
2:38

[redacted]

1) [redacted]

Came around asking me, "Are you supporting the gay stuff?"

I was going around asking people "What was gay pride doing?"
I was going around saying "gay pride is stupid."

[redacted] ask me to be apart of the gay pride Protest.

[redacted] was involved in it.

9/17/07
8:34AM

[redacted] SAID [redacted] SAID he would pay him 4$ & ASK him for the cost to get in his pants.

[redacted]

[illegible] on people
hnds G.P.

These all ask him to participate (pe[illegible]

"Ask me to serve as gay pride member
ask [redacted] too.

[redacted] was with them / just walking around w/them.

[redacted] WAS MAKING SIGN. She said she was going to give them to the people who were in the ORGANIZATION.



[redacted] was getting students to go around in the gym and "~~through~~ Throw their fist up and say "Gay Pride."

On Monday 9/10/07 I went around saying "Gay pride" a few times but I stopped.

[redacted] told me they wanted me to walk out of the assembly w/ them.

[redacted]: said she was going to walk out. She was among the group going around getting support for the organization.

[redacted] had "gay pride" on their hand. saying "I support gay pride."

[redacted]: Wrote G.P. on [redacted] hand.

I went around at the buses among the kids ~~and~~ saying "Gay Pride." They were scream "gay Pride," and I would say "yeah, Gay pride."

[redacted] was drawing rainbows and writing "gay Pride and passing them out to students in class.

I drew a rainbow on a piece of paper and [redacted], [redacted], [redacted] signed it. [redacted] had gay pride written on her hand.



[redacted] found a piece of paper in bthrm. and she wrote "gay pride" and I put "Yeah!" We threw it away because [redacted] said she was goin to tell.

I helped organize the movement in the beginning. It died down so I quit it.

[redacted]

These were the main organizers with me. Most of these stopp. except [redacted]. She continu on with the organizing.

[redacted] said she was going to kick my butt because I made [redacted] cry. She was using a lot of nasty words.

[redacted] kept calling [redacted] me "fat".

[redacted] said I cursed [redacted] out and said, "Gay doesn't belong here."



/07
31 AM

1) [redacted] said (Davis) I called her up and was saying stuff about gay people. She said (Davis) I was making fun of gay people.

2) She said that I was going to suspend all gay peop from school.

3) [redacted] ask me if I was going to walk out of the assembly. She was going around asking a lot of people to walk out of the assembly.

4) About the assembly, people ask me if I was going walk out on the assembly and I said, "Yeah, why not."

5) [redacted] said he was going to spray "Gay Pride" in my office.

6) [redacted] tried to get me to write "Gay Pride" on my white shirt.

7) I was with [redacted] when she was going around telling everybody. A preacher was coming to talk about gay people and we were going to walk out.

8) I told one girl that I would bring her a plain white shirt to put gay pride on it.



9/17/07
9:52 AM

1) [redacted]: Said she was going to cuss me out and kick my butt.

2) [redacted] said (Doug) I cussed out [redacted]

3) I told [redacted] that I had cussed out [redacted]

4) [redacted] said she was going to kick my fanny in the gym locker room.

5) [redacted] tried to write it on my hand.

[redacted] making postures and writing G.P. on students' hands.

[redacted] said he was turning gay because of it.

6) [redacted] had signs all over her.

7) [redacted] had G.P. and "Gay Pride" on him.

9/17/07
10:19 AM

1) I was hanging out w/ them.

2) [redacted], [redacted], [redacted]

They were writing rainbows on their hands. G.P, etc.

[redacted] (6th period) put rainbows all over her arms & hands up to her elbows. [redacted] kept telling her to stop writing but when he looked away, she would start writing again.



9/17/07
11:24 AM

[redacted] — Told me this personally

1) [redacted] - Said Mr. Jones had cursed at her for being gay, and was going to search her locker and go through her stuff.

2) [redacted] Said that (Administration) we are against gay people. She was getting everybody to wear that gay pride stuff.

3) [redacted] told everybody that I had got suspended when I returned Wednesday.

4) She Admitted;
1) I never said anything about gay people
2) I never mentioned OSS
3) I never threatened her in any way.
4) I never said anything about suspending gay ppl

5) [redacted] Said to [redacted] (Davis) "I had called her mom and told her that [redacted] was gay and [redacted] should not be talking to her."

6) Denyes having anything to do with the situation at all.



9/17/07 (phone)
12:13

1) said she was going to paint her shoes rainbow color and protest at the assembly.

2) said I showed her a list that had name all over it. I was going to suspend her because she was a ring leader.

9/18/07
10:28

1) made posters — Tried to kids to join a walk-out
2) make posters — Saw both making posters
3) had "Gay Pride" written on his hand.
4) had "Gay Pride" written on her hand. She ask me to use my black pen marker.
5) , , , all said they were going to be in walk-o.
6) had "Gay Pride" on her hand.
7) had "G.P." on her hand.
8) had "G.P." written on his hand.
9) had "Gay Pride" written on her hand. She was trying to get people to join the movement.

9/17/07

12:21 1) I joined after it got started [redacted] got me to join.

2) She said a easy cover up would be her initials G.P. just say her name, not gay pride.

3) I ask a couple of people to help out.

4) [redacted] was the 7th grade link. I know it went all the way up to the 9th grade.

5) [redacted] ask me if I was part of the movement. If you can, talk to some of your friend because we need as many as we can get to start this.

6) She explained to me about G.P.

7) I said "yeah. I'll get in on it, and tell some more people.

8) She told me, "We only have a few, and we need to get more people involved."

9) [redacted] told me in the hall a little while ago "Don't give my name again, because Mr. Davis will suspend me."

10) [redacted] told me they were in on it.

11) [redacted] was saying at the Pee Wee Football Field that they had a movement started and needed a lot of people they will take it to the school. What I was doing about OSS and gays [illegible] wrong.

12) They are suppose to walk around school after hours and protest. This (Wednesday 7/19/07)

8/07 [redacted] [redacted]
47 Hm. [redacted]
Cell- [redacted]

1) I wrote G.P. on my hand.
2) I don't want to tell on my friend.
3) I don't know anything else about it.
4)

9/19/07 [redacted]
8:41

She ask me to take a poster → 1) [redacted] told me we should go around hanging up signs. She tried to get me to sign her "Gay Pride shirt and say "I support Gay Pride" but I told her no.
2) [redacted] had a piece of paper and ask us to sign the sheet saying "I support gay pride."
3) [redacted] told me she was going to be suspended for being gay.
4) [redacted] cried and told me that (Davis) I had gotten mad with her and told her she was gay.
5) [redacted] told me it wasn't right to suspend people for being gay. She ask me to put "gay pride" on my hand.
6) [redacted] told me yesterday on the bus he got a paddling yesterday because I thought he made the whole thing up
7)

9/19/07 [redacted]

1) New: Approached to participate but didn't know students Names'

9/21/07 8:26 AM [redacted]

1) [redacted] told me she was the one who started it. Said she started to whole thing.

2) She ask me to be apart of the movement, and I heard her ask other student the same thing.

3) [redacted] was going around asking people to join the movement, and that he and [redacted] was going to make shirts for the gay movement.

4) [redacted] wrote gay pride on the column outside the lobby double doors. Between 1st & 5th Column. (Just above her head high)

5) I heard [redacted] ask kids in the gym around soda machine to join the movement.

6) [redacted] wrote gay pride on her hand

9/21/07 10:30 [redacted]

1) [redacted] was talking to me about the gay pride movement. She said I called people up here and cursed them out and suspended them.



Mon

Hm

9/21/07
10:57

~~ask if I would write G.P. on my hand~~
~~She ask me to participate in protest~~
~~ask me if I was going to walk out of assem~~
= ask ~~the same as~~ me to write G.P. on my han

had the sharpie

1) and I were drawing signs on paper.
2) + were making signs that [illegible] on it and had Gay Pride on it.
3) ask me to participate in the assembly protest and walk-out. I agreed to.
4) I ask people if they were going to draw pictures of signs. I ask to draw one, but she was already drawing
5) At drew something on the wall.

9/26/07
10:49

wrote Gay Pride on other students' hands.

had either G.P. or gay Pride written on their hand.

1) had possession of gay pride signs
2) ask me to write G.P. on my hand.
3) were yelling Gay Pride after lunch among stud
4) was writing Gay Pride in big letters on paper

9/20/07
12:11 PM

1) Wrote GP on her hand
2)

9/21/07
12:21

1) I made signs saying gay pride and put it on my shirt
2) made a gay pride poster for herself.
3) I wrote gay pride on my hand.
4)

Warning:
a) Not to participate in any illegal organization
b) Not to write GP on her person or paper or draw rainbow posters.
c) Next event could result in OSS

9/24/07 [redacted]

1) Had Tee-shirt had gay pride on
2) [redacted] — All these were organizing and trying to get support for the walk-out.

9/24/07 [redacted]

(Admitted)

1) Had tee-shirt w/ gay pride on front & back.
2) I heard you were suspended people for being gay, so I wanted to show you I support the movement.
3) [redacted] — told me to write gay pride on posters & put them in the bathrooms.
4) Admitted that she told some students she would join in with them and help the movement.
5) I was going stand up at the assembly and yell "gay pride" and walk out w/ other students.
6) I ask several students about walking out of the assembly

9/24/07 [redacted]

1) [redacted] Got me to join up.
2) [redacted] ~~was~~ I saw her making signs.
3) [redacted] had G.P. on her hand.
4) I got in just to get them off my back. I finally sa yes to get them off my back.
5) Could not identify any others involved by a annual.
6)

9/24/07
10:58 [redacted]

1) Admitted signing a petition
2)

9/29/07
12:31

1) gave me a picture of a Rainbow w/ gay pride written on it.

2) - telling me about it and trying to get me to join the movement.

3) all these ask me to join the movement and ask me if I supported it.

all these also yelling at P.E.

4) Heard going around screaming out "gay pride!" These would ask students "Are you going to be,

5) I ask , , and if they supported the gay pride movement.

6) I yelled gay pride as I walked at P.E.

7) , , were going yelling gay pride and ask if the students supported gay pride.

8) I got involved because everybody else was involved and I was just staying with the group.



9/24/07
1:35

[redacted] I told [redacted] the whole story of what they said you did. [redacted] to [redacted] he should join up and protest.
Rainbows on them.

1) [redacted] handed me some papers to hand out and I gave some to [redacted] and told him to hand it out.

2) [redacted] said they were suppose to talk about being gay + stuff.

3) [redacted] ask me to walk out of the assembly. [redacted] and [redacted] sit by me at the assembly.

4) [redacted] ask me to sign a gay pride shirt. It was a plain white shirt w/ writing all over it.

5) [redacted] + [redacted] told me that I was going to suspend people for being gay.

9/24/07
12:46 [redacted]

(in group conversation)

It wasn't right to suspend gay people. I wasn't suppose to get onto them for having this written on their arms.

They were trying to get kids to suppo[rt] them as the students walked by. These are the main people I know who were involved. The group was talking about making up signs and protesting at the assembly. They were all talking about the above w/o exception (everybody who walked by, they would ask)

2) [redacted] ask me to make signs and walk out at the assembly.

*Margin notes:* ask me to sign papers & make 1) walk out — [redacted] was among this group; in gym they have a right to be gay; [redacted] saw G P on hand; These ask me personally to join

[redacted] said she had gay pride written on a shirt underneath another shirt. [redacted] said I made her remove the shirt.

[redacted] and [redacted] ask [redacted] to make signs. I don't know if she did.

[redacted] wrote on paper on bathroom door and signed it saying "I support gay pride." She drew a rainbow on her arms.

[redacted] was passing a rainbow posture through the class getting kids to sign it. Had D.P. - she said it meant "God's Promise"

9/24/07
2:25 [redacted]

1) [redacted] - Writting rainbows/gay pride on arms
2) [redacted] wrote "gay pride" on her hand.
3)

9/24/07 [redacted]



Ponce de Leon High School

1477 Ammons Road
PO Box 39
Ponce de Leon, FL 32455
(850) 836-4242 Phone
(850) 836-5388 Fax

CONFIDENTIAL

September 24, 2007



Mr. & Mrs. [redacted]
[redacted]
Ponce de Leon, FL 32455

Dear Mr. & Mrs. [redacted]

This is a written notification that your child, [redacted] is suspended from school and all school related activities for five (5) academic day(s) for the offense(s) which occurred on Tuesday, September 9, 2007.

This action is being taken for the following reason(s):

(1 Illegally organizing
(2 Disruption of the education process

The suspension will begin on Monday, September 24, 2007 and end on Friday, September 28, 2007. [redacted] may return to school on Monday, October 1, 2007.

Further rule violations of this nature may result in an out-of-school suspension for the maximum number of days and recommendation for expulsion. If I can be of further assistance concerning this matter, please feel free to contact me at 836-4242.

Sincerely,

David H. Davis

David Davis
Principal
cc: Steve Griffin