# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

HEATHER GILLMAN, through next
friend and mother Ardena Gillman,

      Plaintiff,

vs.                            CASE NO. 5:08cv34-RS-MD

SCHOOL BOARD FOR HOLMES
COUNTY, FLORIDA, and DAVID
DAVIS, in his official capacity as
principal of Ponce de Leon High
School,

      Defendants.
_____/

## ORDER ON STIPULATION OF DISMISSAL

Before me is the "Joint Stipulation Regarding Defendant Davis's Motion to Dismiss" (Doc. 27).

### I. Background

Plaintiff Heather Gillman, through next friend and mother, Ardena Gillman, has sued Defendant School Board for Holmes County, Florida, and David Davis, in his official capacity as principal of Ponce de Leon High School, alleging that Defendants violated her right to free speech under the First Amendment to the federal Constitution. Plaintiff contends that Defendants have unlawfully placed a prior restraint on her political speech by prohibiting Plaintiff from wearing

clothing, stickers, or buttons containing slogans and symbols which advocate the acceptance of and fair treatment for persons who are homosexual.

Defendant Davis has filed a motion to dismiss (Doc. 22) to which Plaintiff has responded (Doc. 25). The parties then filed a stipulation on the motion to dismiss (Doc. 27).

## II.  Ruling

The stipulation (Doc. 27) is **approved**.  Pursuant to the stipulation:

1.  The complaint against Defendant David Davis, in his official capacity (Doc. 1), is **dismissed with prejudice**.  This dismissal with prejudice shall not prevent Plaintiff from amending her complaint, pursuant to Fed. R. Civ. P. 15, to state a claim against Mr. Davis in his individual capacity, subject to factual discovery relating to, among other things, Mr. Davis's authority to set and enforce free-speech policies within Ponce de Leon High School and the Holmes County School District.

2.  The Court finds that Plaintiff's viewpoint-based discrimination claim is maintained against the School Board (*see* Compl., Doc. 1 at ¶¶ 18 & 31), subject to Plaintiff's burden of proof at trial.

3.  Plaintiff may amend the complaint as needed to comport with discovered facts, pursuant to and subject to the requirements of Fed. R. Civ. P. 15.

4.  The style of the case shall no longer include "David Davis, in his official

capacity as principal of Ponce de Leon High School."

**ORDERED** on March 10, 2008.

/s/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**